# United States District Court
# Western District of North Carolina
# Division

| | | |
|---|---|---|
| NAPOLEON J. RANKIN BEY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:15-cv-117 |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| FNU QUINTERO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 18, 2015 Order.

August 19, 2015

_____
Frank G. Johns, Clerk
United States District Court